**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Tracer CHOVANAK, Defendant-Appellant.**

**No. 16-30184**

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2017 \*

Filed July 17, 2017

Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, Paulette Lynn Stewart, Assistant U.S. Attorney, USHE—Office of the US Attorney, Helena, MT, for Plaintiff-Appellee

Tracer Chovanak, Pro Se

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM \*\*

Tracer Chovanak appeals from the district court's order denying his Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chovanak's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Chovanak the opportunity to file a pro se supplemental brief. No pro se

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.